**01–120.   Lynch v. Yob.**

Trumbull App. No. 99–T–0062. Discretionary appeal allowed and cause consolidated with 01–121, *Lynch v. Yob,* Trumbull App. No. 99–T–0065.

COOK and LUNDBERG STRATTON, JJ., dissent.

**01–121.   Lynch v. Yob.**

Trumbull App. No. 99–T–0065. Discretionary appeal allowed and cause consolidated with 01–120, *Lynch v. Yob,* Trumbull App. No. 99–T–0062.

COOK and LUNDBERG STRATTON, JJ., dissent.

**01–152.   In re Cross.**

Stark App. No. 2000CA00122.

MOYER, C.J., and F.E. SWEENEY, J., dissent.